Christopher M. Schierloh (CS-6644)
Gregory G. Barnett (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHIQUITA INTERNATIONAL LIMITED and GREAT         2008 Civ.
WHITE FLEET LIMITED
                                                 **FRCP 7.1 DISCLOSURE**
                    Plaintiff,                   **STATEMENT**

        - against -

M/V CLOUDY BAY her engines, boilers, tackle, furniture,
apparel, etc., *in rem*; CLOUDY BAY SHIPPING CO., and
SEATRADE GROUP N.V. CURACAO, *in personam*.

                    Defendants.
-----------------------------------------------------------------------X

   NOW comes plaintiffs, CHIQUITA INTERNATIONAL LIMITED and GREAT WHITE

FLEET LIMITED and submit in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule

7.1. Chiquita Brands International Inc. is the publicly traded parent of Plaintiffs.


Dated: New York, New York
       January 31, 2008
       153-19

                                        Casey & Barnett, LLC
                                        Attorneys for Plaintiffs

                                    By: _____
                                        Christopher M. Schierloh (CS-6644)
                                        Gregory G. Barnett (GGB-3751)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225