

```
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08
```

**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

\* Admitted in NY and NJ
\*\* Admitted in NY, NJ, La and OH

Tel: (973) 993-5161
Fax: (973) 539-6409

March 20, 2008

***Via Hand Delivery***
The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re: ***Chiquita International v. M/V CLOUDY BAY et al***
08 Civ. 1041
Our File: 153-19

Dear Honorable Judge:

We represent the Plaintiff, Chiquita International Limited, in the above captioned action and write to request a ninety (90) day adjournment for the Pre-Trial Conference scheduled for Thursday, April 3, 2008. Defendants, Cloudy Bay Shipping Company and Seatrade Group are both companies based in the Netherlands.

Their agents in the United States, SKULD, have recently executed the Waiver of Service on defendants' behalf, as such, their answer is not due for 90 days. The parties intend to use the time allowed to engage in settlement discussions prior to defense counsel having to be appointed. The 90 day adjournment will give the parties sufficient time to determine whether they can resolve their claims prior to any additional Court involvement.

We appreciate the Courts assistance in this matter and look forward to its comments.

Very truly yours,
CASEY & BARNETT, LLC

*Gregory G. Barnett*

Gregory G. Barnett

cc: Renan L. Alamina
Skuld North America Inc.
317 Madison Avenue, Suite 708
New York, NY 10017

*Denied – all
you all be sure to
notify Ds on 4/13*

*Harold Baer, Jr., U.S.D.J.
3/24/08*