# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960

* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

May 19, 2008

Tel: (973) 993-5161
Fax: (973) 539-6409

Via Facsimile (212) 805-7901
The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/__/__
```

Re: *Chiquita International v. M/V CLOUDY BAY et al*
08 Civ. 1041
Our File: 153-19

Dear Honorable Judge:

We represent the Plaintiff, Chiquita International Limited, in the above captioned action and write jointly with the defendants to request a thirty (30) day adjournment of the pre-trial conference scheduled for Thursday, May 22, 2008.

At the initial pre-trial conference in April, the parties requested and were given 30 days in which to attempt to resolve this matter before the defendants were required to Answer the Complaint and a scheduling order was issued.

Currently, the parties have met and discussed settlement and have agreed to a recommended settlement for their clients. The principals have not yet agreed to the settlement;

however, additional documents have been exchanged and the parties believe that there is a substantial prospect this matter can be resolved shortly without further Court involvement.

Accordingly, the parties request a thirty (30) day adjournment to the above mentioned conference.

We appreciate the Court's assistance in this matter and look forward to its comments.

Very truly yours,
CASEY & BARNETT, LLC

Gregory G. Barnett

cc: Charles Anderson *Via Hand Delivery*
Skuld North America Inc.
317 Madison Avenue, Suite 708
New York, NY 10017

*[Handwritten:]* adjourned to 6/12/08 at 2:30 — unless there is a stip of discontinuance on my desk before hand

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 5/22/08

Endorsement:

    Adjourned to 6/12/08 at 2:30 P.M. unless there is a stip of discontinuance on my desk beforehand.