UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

CHIQUITA INTERNATIONAL LIMITED    :
and GREAT WHITE FLEET LIMITED     :
                                  :
                                  :        08 CV 1041 (HB)
          Plaintiffs,             :
                                  :
                                  :
     -against -                   :
                                  :
                                  :
M/V CLOUDY BAY, her engines, boilers  :
tackle, furniture, apparel, etc., *in rem*;  :
CLOUDY BAY SHIPPING CO., and      :
SEATRADE GROUP N.V. CURACAO,      :
*in personam*.                    :
                                  :
                                  :
          Defendants.             :
---------------------------------------------------------X

## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:    NONE.

Dated: July 14, 2008                    The Defendants
       New York, NY                     CLOUDY BAY SHIPPING CO., SEATRADE
                                        GROUP N.V. CURACAO, and M/V CLOUDY
                                        BAY

                           By:    _Claurisse C Olgro_____

                                  Claurisse Campanale Orozco (CC3581)
                                  Thomas L. Tisdale
                                  Tisdale Law Offices, LLC
                                  11 West 42d Street, Suite 900
                                  New York, NY 10036
                                  (212) 354-0025
                                  (212) 869-0067
                                  corozco@tisdale-law.com
                                  ttisdale@tisdale-law.com